**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE WESTINGHOUSE ELECTRIC
COMPANY LLC

-------------------------------------------------------------X
 TIMOTHY ELLIS,

                         Appellant,                             22 **CIVIL** 1739 (GHW)

        -against-                                    **JUDGMENT**


 W WIND DOWN CO LLC,

                         Appellee.
-------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion & Order dated March 17, 2023, the Bankruptcy Court's

February 15, 2022 decision and order is AFFIRMED and judgment is entered in favor of Appellee;

accordingly, the case is closed.


**Dated:** New York, New York
         March 17, 2023

                                            **RUBY J. KRAJICK**

                                       **Clerk of Court**

                 **BY:**      K. Mango

                                       **Deputy Clerk**